UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | | Chapter 7 |
| ) | | |
| NWAGWU, ENYINNAYA O ) | | Case No. 08-27226-JPC |
| ) | | |
| Debtor(s). ) | | Hon. JACQUELINE P. COX |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At:   UNITED STATES BANKRUPTCY COURT, 219 SOUTH DEARBORN, COURTROOM 619, CHICAGO, IL  60604

   On: **May 21, 2009**              Time:  **9:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

   Receipts                                                                                                     $3,014.05

   Disbursements                                                                                             $0.00

   Net Cash Available for Distribution                                                            $3,014.05

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| PHILIP V. MARTINO  *Trustee Compensation* | $0.00 | $753.51 | $0.00 |

CENTRAL\31200273.1

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| | | | |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.0000% .

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| | | | |

7. Claims of general unsecured creditors totaling $24,934.34 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 9.0700% .

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Citibank Na As Trustee For The Stud | $24,934.34 | $2,260.54 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the CLERK OF THE COURT, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

CENTRAL\31200273.1

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| NONE | $ |

Dated: **April 13, 2009**                                   For the Court,

                                                    By:  **KENNETH S. GARDNER**
                                                         CLERK OF THE COURT

| | |
|---|---|
| Trustee: | Philip V. Martino |
| Address: | 203 North Lasalle Street |
| | Suite 1800 |
| | Chicago, IL  60601 |
| Phone No.: | (312) 368-2165 |

CENTRAL\31200273.1

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 1                   Date Rcvd: Apr 13, 2009
Case: 08-27226                 Form ID: pdf002              Total Served: 16
```

The following entities were served by first class mail on Apr 15, 2009.
```
db          +Enyinnaya O Nwagwu,    10953 S. Homewood,    Chicago, IL 60643-3437
aty         +Joseph R Doyle,    Bizar & Doyle Ltd,    407 S Dearborn St Suite 1300,    Chicago, IL 60605-1118
tr          +Philip V Martino, ESQ,    DLA Piper Rudnick Gray Cary US LLP,    203 N Lasalle St Ste 1800,
              Chicago, IL 60601-1264
12693601     America's Servicing Company,    PO Box 10388,    Des Moines, IA 50306-0388
12693602    +Bank of America,    201 N Tryon St,    Charlotte, NC 28255-0001
12693603    +Bureau of Collection,    7575 Corporate Way,    Eden Prairie, MN 55344-2000
12693604    +Chase Home Finance,    3415 Vision Drive,    Columbus, OH 43219-6009
12693605    +Chicago Patrolmans FCU,    1359 W Washington Blvd,    Chicago, IL 60607-1905
12693606    +Citibank,    PO Box 22828,    Rochester, NY 14692-2828
13014818    +Citibank NA as trustee for The Student Loan Corp.,    c/o Citibank (South Dakota), NA,
              701 E. 60th Street North,    Sioux Falls, SD 57104-0493
12693607    +Credit Management LP,    4200 International Parkway,    Carrollton, TX 75007-1912
12693608    +Iesha Coleman,    10953 S. Homewood,    Chicago, IL 60643-3437
12693609     National City Mortgage,    PO Box 1820,    Dayton, OH 45401-1820
12693610    +Washington Mutual Bank,    3990 S. Babcock St,    Melbourne, FL 32901-8902
12693611    +Wells Fargo,    PO Box 29704,    Phoenix, AZ 85038-9704
12693612    +Zwicker & Associates,    800 Federal St,    Andover, MA 01810-1067
```

The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 15, 2009**               **Signature:** _Joseph Speetjens_