# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| NWAGWU, ENYINNAYA O | § | Case No. 08-27226 |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

PHILIP V. MARTINO, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00 | Assets Exempt: 0.00 |
| Total Distributions to Claimants: 2,260.65 | Claims Discharged Without Payment: 80,891.69 |
| Total Expenses of Administration: 753.55 | |

3) Total gross receipts of $ 3,014.20 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 3,014.20 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $ 690,760.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | NA | 753.55 | 753.55 | 753.55 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from Exhibit 5) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 83,315.00 | 24,934.34 | 24,934.34 | 2,260.65 |
| TOTAL DISBURSEMENTS | $ 774,075.00 | $ 25,687.89 | $ 25,687.89 | $ 3,014.20 |

4) This case was originally filed under chapter 7 on 10/10/2008. The case was pending for 16 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/29/2010         By: /s/PHILIP V. MARTINO
                                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Liquidation of Other Personal Property | 1229-000 | 3,014.00 |
| Post-Petition Interest Deposits | 1270-000 | 0.20 |
| **TOTAL GROSS RECEIPTS** | | **$3,014.20** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| America's Servicing Company<br>P.O. Box 10388<br>Des Moines, IA 50306-0388 | | 30,595.00 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Chase Home Finance<br>3415 Vision Drive<br>Columbus, OH 43219 | | 137,061.00 | NA | NA | 0.00 |
| Chase Home Finance | | 136,640.00 | NA | NA | 0.00 |
| Chase Home Finance | | 127,482.00 | NA | NA | 0.00 |
| Chase Home Finance | | 54,562.00 | NA | NA | 0.00 |
| Chase Home Finance | | 85,871.00 | NA | NA | 0.00 |
| National City Mortgage<br>P.O. Box 1820<br>Dayton, OH 45401-1820 | | 93,821.00 | NA | NA | 0.00 |
| Wells Fargo<br>P.O. Box 29704<br>Phoenix, AZ 95038 | | 24,728.00 | NA | NA | 0.00 |
| TOTAL SECURED CLAIMS | | $ 690,760.00 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILIP V. MARTINO | 2100-000 | NA | 753.55 | 753.55 | 753.55 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 753.55 | $ 753.55 | $ 753.55 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $NA | $NA | $NA | $NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | $NA | $NA | $NA | $NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Bank of America<br>201 N Tryon St<br>Charlotte, NC 28255 | | 21,632.00 | NA | NA | 0.00 |
| Bureau of Collection<br>7575 Corporate Way<br>Eden Prairie, MN 55344 | | 1,300.00 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Chicago Patrolmans FCU<br>1359 W Washington Boulevard<br>Chicago, IL 60607 | | 293.00 | NA | NA | 0.00 |
| Credit Management LP<br>4200 International Parkway<br>Carrollton, TX 75007-1906 | | 2,014.00 | NA | NA | 0.00 |
| Starr & Rowells<br>c/o Easter Laramore<br>35 East Wacker Drive, Suite 1870<br>Chicago, IL 60601 | | 1,000.00 | NA | NA | 0.00 |
| Washington Mutual Bank<br>3990 S Babcock Street<br>Melbourne, FL 32901 | | 6,482.00 | NA | NA | 0.00 |
| Zwicker & Associates<br>800 Federal St<br>Andover, MA 01810 | | 25,497.00 | NA | NA | 0.00 |
| CITIBANK NA AS TRUSTEE FOR THE STUD | 7100-000 | 25,097.00 | 24,934.34 | 24,934.34 | 2,260.65 |
| TOTAL GENERAL UNSECURED CLAIMS | | $ 83,315.00 | $ 24,934.34 | $ 24,934.34 | $ 2,260.65 |

UST Form 101-7-TDR (9/1/2009) (Page: 6)